IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRUCE NELSON,<br><br>Defendant. | CV 20–26–M–DLC<br><br><br><br>ORDER |

Before the Court is Plaintiff United States of America's Motion to Stay (Doc. 6.)  The United States represents that Defendant Bruce Nelson has completed Total HEAL Disability forms and submitted them to the United States Department of Health and Human Services.  (*Id.* at 1–2.)  Currently the United States is awaiting a response from the United States Department of Health and Human Services determining whether Mr. Nelson is eligible for a total and permanent disability discharge of his HEAL loan obligation.  (*Id.* at 2.)

Additionally, the United States represents that the United States Department of Health and Human Services has issued a moratorium on collecting HEAL loans through December 31, 2020.  (*Id.*)  As such, the United States seeks a stay of the proceedings pending the expiration of this moratorium and represents that it will file a status report on or before December 31, 2020 notifying the Court of the

status of the moratorium and whether Mr. Nelson has received a total and permanent disability discharge of his HEAL loan obligation from the United States Department of Health and Human Services. (*Id.*)

IT IS ORDERED that the motion (Doc. 6) is GRANTED. This matter is STAYED pending expiration of the United States Department of Health and Human Services moratorium on collecting HEAL loans. All deadlines and hearings are hereby VACATED.

IT IS FURTHER ORDERED that, on or before December 31, 2020, the United States shall file a status report apprising the Court of the status of the United States Department of Health and Human Services moratorium and whether Mr. Nelson has received a total and permanent disability discharge of his HEAL loan obligation.

DATED this 3rd day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court